**Dismissed and Memorandum Opinion filed August 5, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00297-CV

**MICHAEL G. CHAPA, Appellant**

**V.**

**AURA CECILIA CHAPA, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-55125**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 18, 2021. The notice of appeal was filed May 28, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (appellate fees and costs).

On July 6, 2021, this court ordered appellant to pay the appellate filing fee on or before July 21, 2021 or the appeal would be dismissed. Appellant has not

paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Bourliot, Poissant, and Wilson.